IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BENJAMIN F MCWATERS,**

    Petitioner,

v.                                                               CASE NO. 5:06-cv-00218-MCR-AK

**JO ANNE BARNHART,**

    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 21, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    **ORDERED AND ADJUDGED**:

    1.    The Magistrate Judge's Report and Recommendation is **ADOPTED** and incorporated by reference in this order.

    2.    This case is **REMANDED** for further proceedings by the Appeals Council and the Commissioner shall file a **STATUS REPORT** on or before **May 2, 2007**, to advise the Court of the status of those proceedings.

    **DONE AND ORDERED** this 13th day of February, 2007.

                                                              *s/ M. Casey Rodgers*
                                                              **M. CASEY RODGERS**
                                                              **UNITED STATES DISTRICT JUDGE**