IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BENJAMIN F. MCWATERS,

    Plaintiff,

v.                                                                CASE NO. 5:06-cv-218-MCR/AK

MICHAEL J. ASTRUE,

    Defendant.
_____/

## O R D E R

The court previously remanded this matter to the Commissioner of the Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g). The case is presently before the court upon the Commissioner's filing of a status report indicating that the administrative proceedings have concluded in a fully favorable decision for the plaintiff. (Doc. 14). Accordingly, the clerk is directed to enter final judgment under Fed. R. Civ. P. 58, in favor of the plaintiff.

**DONE AND ORDERED** this 27th day of February, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**